# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

FILED - KZ
March 7, 2018 3:13 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
\_ems\_ Scanned by /s/

Angel Bartlett
500 N. Edwards St
Kalamazoo MI 49007

Plaintiff(s),

v

Michael Buck
Allegan probate
Lorrain pope

Defendant(s).

Case No. 1:18-cv-237
Honorable Paul L. Maloney,
United States District Judge

## Complaint

I have tried to amend all Bucks orders by compling I tried but Im not stupid to his orders. They want me in as delusional. They order mental Illness to cover their actions they did on me for many years. They stole my kids by probate orders Lorrain pope puts me in probate to keep my kids. Also they order other illness. Please order no mental illness.