UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGEL BARTLETT,
    Plaintiff,

v.                          Case No. 1:18-cv-237

MICHAEL BUCK, et al.,        HONORABLE PAUL L. MALONEY
    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit on March 7, 2018. On March 12, 2018, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed upon initial screening pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Report and Recommendation was duly served on the parties. No objections have been filed.[1] *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 5) is APPROVED and ADOPTED as the Opinion of the Court. The Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated: March 29, 2018                        /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge

---

[1] On March 26, 2018, Plaintiff filed a document titled, Motion to Proceed, stating she "will be filing more evidence on the 30th or around then". (ECF No. 7). This document is not a timely objection to the Report and Recommendation.