UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGEL BARTLETT,

    Plaintiff,

v.

MICHAEL BUCK, et al.,

    Defendants.

_____/

Case No. 1:18-cv-237

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered in favor of Defendants and against Plaintiff.


Dated: March 29, 2018                    /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge